IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES G. CRONE, ET AL.                                                                             PLAINTIFFS

v.                          No. 3:96CV00076 GH
consolidated with No. 3:96CV00158 GH

RECOMM OPERATIONS, INC., ET AL.                             DEFENDANTS

## **ORDER**

Settlement was reached in this consolidated case at the June 28th settlement conference before Magistrate Judge Jones, but it appears that additional time is needed for the submission of documents necessary to effectuate the dismissal. The Clerk is directed to administratively terminate this action and remove it from the Court's docket. If counsel have not submitted dismissal documents within 60 days of the file-date of this order, the consolidated case will be dismissed with prejudice. The Court retains jurisdiction in this matter.

IT IS SO ORDERED this 28th day of July, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE