IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES GIRKIN, et al.,**                                    **Plaintiffs**

vs.                                          Case No. 3:96cv0076GH

**AMERUS LEASING, INC.**                                **Defendants**

### ORDER ON MOTION TO DISMISS CLAIMS OF RAYMOND TURK

This cause came onto be heard by motion of Plaintiff to voluntarily dismiss the claims of Plaintiff Raymond Turk. Based upon the representations of the parties, the arguments of counsel and the entire record in this case, it is the opinion of this Court that the motion is well-taken and should be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Raymond Turk are voluntarily dismissed with prejudice. Each party to bear his, her or its own cost.

_George Howard, Jr._
Judge

Date: August 2, 2005