IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| JAMES G. CRONE, et al. | PLAINTIFFS |
| vs. | Case No. 3:96cv0076 GH |
| AMERUS LEASING, INC., et al. | DEFENDANTS |

### AGREED ORDER OF PARTIAL DISMISSAL

The Plaintiffs and the Separate Defendants, Regions Bank f/k/a First Commercial Bank of Memphis, successor in interest to United American Bank, and St. James Bank and Trust n/k/a Regions Bank, have voluntarily released all claims by and against the other relating to this cause. Pursuant to the agreed settlement and mutual release of any and all claims asserted by any party hereto, this Court hereby dismisses this action but not against Defendants, Leasepartners Corporation, Vanguard Financial, Longwater Funding and Barry Longwater.

**IT IS, THEREFORE, ORDERED, CONSIDERD and ADJUDGED** that the Plaintiffs, Jim Girkin and Eureka Drug Company; Michael McKeown and City Drug of Monticello, Inc. d/b/a City Health Mart; Joe Cambre; Johnny Overby and Family Drug Center, Inc. d/b/a The Medicine Shoppe; Dale Morris, O.D. and Lifetime Vision Center; Terry Viala and Stephen L. LaFrance Pharmacy, Inc. d/b/a USA Drug #1; Terry Viala and Stephen L. LaFrance Pharmacy, Inc. d/b/a USA Drug #2; Terry Viala and Stephen L. LaFrance Pharmacy, Inc. d/b/a USA Drug #5; Terry Viala and Stephen L. LaFrance Pharmacy, Inc. d/b/a USA Drug #6; Terry Viala and Stephen L. LaFrance Pharmacy, Inc. d/b/a USA Drug #7; Lan Burch and Burch Vision Clinic; Jerry McKinney and Truman Drug Company; Keith Hill and Rector Downtown Drug, Inc.;

James G. Crone; Joe Horton, Dr. Ben Israel, Joe Horton Family Eye Care, P.A. f/k/a Ben Israel Eye Care Centers, P.A. d/b/a Family eye Care and Ben Israel Eye Care Centers, P.A. d/b/a Family Eye Care; and Robert C. Fitzhugh, O.D., Third Amended Complaint, and any and all claims made in this action by or against, Regions Bank f/k/a First Commercial Bank of Memphis, successor in interest to United American Bank, and St. James Bank and Trust n/k/a Regions Bank, are dismissed with prejudice. All claims against Defendants, Leasepartners Corporation, Vanguard Financial, Longwater Funding and Barry Longwater remain in full force and effect.

_____
UNITED STATES DISTRICT COURT JUDGE
THE HONORABLE GEORGE HOWARD, JR.
Date: September 7, 2005

Approved by:

_____
Alan G. Crone (AR 91079)
CRONE & MASON, PLC
5100 Poplar Avenue, Suite 3200
Memphis, Tennessee, 38137
(901) 683-1850
*Counsel for Plaintiffs*

_____
Amanda Capps Rose
ARKANSAS BAR # 2002081
FRIDAY, ELDREDGE & CLARK
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201
*Counsel for Regions Bank*

2